# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 625 - 3 | **DATE** | 8/15/2008 |
| **CASE TITLE** | USA vs. Alexander Vasquez, Jr. | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause; Order defendant Vasquez bound to the District Court for further proceedings. Defendant Vasquez to remain in federal custody pending further order of the Court. Frank Himel is granted leave to file his appearance in open court.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | rbf |
|---|---|---|