Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

08 GJ 885

MAGISTRATE JUDGE COLE

| Name of Assigned Judge or Magistrate Judge | JUDGE NORGLE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0625 | DATE | September 4, 2008 |
| CASE TITLE | US v. CARLOS A. CRUZ, JOEL D. PEREZ and ALEXANDER VASQUEZ, JR. | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL FEBRUARY 2008-2___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

FILED
SEP X 4 2008

DOCKET ENTRY:

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

NO BOND SET, DETAINED BY MAGISTRATE AS TO ALL DEFENDANT.

FILED
05
09-04-08
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#